IT IS SO ORDERED.
s/ Jack Zouhary
United States District Judge
1/4/10

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

_____

| | |
|---|---|
| SAUDER MANUFACTURING COMPANY, | Case No. 3:09-cv-02325-JZ |
| | HON. JACK ZOUHARY |
| Plaintiff, | |
| v | |
| SOUTER, INC., d/b/a COVENANT CHURCH FURNITURE MANUFACTURING, | |
| Defendant. | |

_____

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES counsel for Plaintiff, Sauder Manufacturing Company, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby voluntarily dismisses this action with prejudice. Each party is to bear their own attorneys' fees, expenses and costs.

Respectfully submitted this 31st day of December, 2009.

/s/ Timothy E. Eagle
Timothy E. Eagle  (Ohio Bar No. 0037972)
VARNUM, LLP
Attorneys for Plaintiff
Bridgewater Place, P.O. Box 352
Grand Rapids, MI  49501-0352
Telephone:  (616) 336-6000
Facsimile:   (616) 336-7000
E-mail: teeagle@varnumlaw.com